THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE
 CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE
 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
 In
The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Williams, Appellant.
 
 
 

Appeal
from Florence County
Howard
 P. King, Circuit Court Judge

Unpublished Opinion
No. 2007-UP-291
Submitted June 1,
 2007  Filed June 7, 2007

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender Eleanor
 Duffy Cleary, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy
 Attorney General John W. McIntosh and Assistant Deputy Attorney General Salley
 W. Elliott, all of Columbia; and Solicitor Edgar L. Clements, III, of Florence,
 for Respondent.
 
 
 

PER
 CURIAM:  David Williams pled guilty to two counts of forgery.  The plea
 judge sentenced Williams to three years imprisonment.  Williams appellate
 counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967). 
 Counsel additionally submitted a petition to be relieved from representation,
 asserting there are no direct appeal issues of arguable merit.  Williams did
 not file a pro se response with the Court.
After a review
 of the record pursuant to Anders and State v. Williams, 305 S.C.
 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition
 to be relieved.[1]
APPEAL
 DISMISSED.
ANDERSON,
 HUFF, and BEATTY, JJ., concur.
 

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.